## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **CRAIG CUNNINGHAM,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **TECHSTORM, LLC** | § **Civil Case No.:** <u>3:16-cv-02879</u> |
| **Defendant.** | § | |
| | § | |
| | § | |
| | § | |

<u>Plaintiff's Motion for Default Judgment</u>

1. Plaintiff Craig Cunningham asks the Court to sign a default Judgment against **Techstorm LLC.** Techstorm, LLC is a corporate entity and therefore no soldiers and sailor's affidavit is needed.
2. Techstorm, LLC has previously appeared in this matter.
3. The damages alleged in plaintiff's First Amended Petition are liquidated, as proven by a written instrument, and may be accurately calculated. Exhibit A
4. Plaintiff is entitled to a default judgment for the reasons specified in this motion.
5. An affidavit attesting to the damages incurred is attached to this motion.

<u>Prayer</u>

For these reasons, Plaintiff asks the court to sign a judgment against the defendant in the amount specified in the affidavit.

**Dated:** October 31, 2017                    */s/ Aaron K. Mulvey*

Aaron K. Mulvey
**The Law Offices of Aaron K. Mulvey, PLLC**
1327 Bar Harbor Dr.
Dallas, TX 75232
Tel: 214-282-5215
Aaron@Mulveylaw.net