IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM,<br>    Plaintiff, | )<br>)<br>) |
| vs. | ) No. 3:16-CV-2879-S-BH<br>) |
| TECHSTORM, LLC,<br>    Defendant. | )<br>)<br>) Referred to U.S. Magistrate Judge |

### DEFAULT JUDGMENT
### AGAINST DEFENDANT TECHSTORM, LLC

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1. *Plaintiff's Motion for Default Judgment*, filed October 31, 2017 (doc. 30), is **GRANTED in part.**

2. The plaintiff is awarded a total of $2,500.00 in statutory damages under the Telephone Consumer Protection Act against the defendant.

3. The taxable costs of court, as calculated by the clerk of the court, are assessed against the defendant.

SIGNED this 25th day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE